# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MATTHEW WALSH | ) | Case No. |
| | ) | 21-MJ-37 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 24, 2021__ in the county of __East Baton Rouge__ in the __Middle__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Communicating Threats in Interstate Commerce |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

Briana Zuroske
Digitally signed by Briana Zuroske
Date: 2021.04.01 12:25:25 -05'00'

*Complainant's signature*

Briana Zuroske, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/01/2021

*Judge's signature*

City and state: Baton Rouge, LA

United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Special Agent Briana Zuroske of the Federal Bureau of Investigation being duly sworn, hereby depose and state the following is true to the best of my information, knowledge, and belief:

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2017. I am currently assigned to the FBI New Orleans Field Office at the Baton Rouge Resident Agency in Louisiana. Currently, I am working on the Baton Rouge Capital Area Gang Task Force investigating violent crimes in the Baton Rouge area and nationwide. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to violent crimes, criminal enterprises, murder for hire involving interstate communications, firearms, and narcotics offenses, including but not limited to Title 18, United States Code, Sections 1956, 1957, and 1958, and Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. As a federal agent, I am authorized to investigate violations of federal law, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2.  This affidavit is submitted in support of an arrest warrant and criminal complaint charging **MATTHEW WALSH** ("**WALSH**") with transmitting in interstate or foreign commerce any communication containing any threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c), as articulated in more detail below.

3.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are sufficient to establish probable cause to believe that a violation of the aforementioned statute exists.

4. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other agents and law enforcement officers involved in this investigation.

## STATEMENT OF FACTS

5. On or about March 10, 2021, federal agents were on the main campus of Louisiana State University ("LSU") in Baton Rouge, Louisiana, for the purpose of making contact with an individual unrelated to the instant investigation. On that date, while outside of Patrick Taylor Hall on LSU's campus, FBI Special Agent ("SA") John McCarthy and another government employee were approached by an individual who identified himself as **WALSH**. **WALSH** engaged SA McCarthy in conversation, during which **WALSH** expressed his desire to join the military and referenced his expertise in petroleum engineering, specifically hydraulics, and molecules.

6. Subsequent to this interaction, SA McCarthy discussed the contact with FBI SA Dustin Henry, and the two agents agreed to initiate a second contact with **WALSH**, in order to further discuss **WALSH**'s stated interest and expertise.

7. On or about March 15, 2021, SA McCarthy observed **WALSH** to be present in his office, which was located on the third floor of Patrick Taylor Hall on LSU's campus. The office space was further verified as being **WALSH**'s office by the presence of a nameplate bearing **WALSH**'s name on the office door. SA McCarthy telephonically contacted SA Henry and advised that **WALSH** was currently present in his office, providing an opportunity for the two agents to speak to **WALSH**. Shortly thereafter, SA Henry arrived on campus. As SA Henry approached Patrick Taylor Hall, he observed an individual matching **WALSH**'s known description outside the building. SA Henry's knowledge of **WALSH**'s description was based on

a review of **WALSH**'s driver's license and a description provided by SA McCarthy following SA McCarthy's in-person contact with **WALSH** on March 10, 2021. Upon identifying the individual as **WALSH**, SA Henry decided to approach **WALSH** outside of Patrick Taylor Hall.

8. During this interaction, SA Henry asked **WALSH** if he was "Matt Walsh," in response to which **WALSH** confirmed that he was. SA Henry told **WALSH** that he was coming to see him, introduced himself by first and last name, produced his FBI credentials and identified himself as an FBI agent. According to SA Henry, **WALSH** reacted to SA Henry's credentials with a grimace, appearing somewhat incredulous. SA Henry assured **WALSH** that he was not in trouble and told **WALSH** that he had met with the other government employee, who, along with SA McCarthy, had previously been approached by **WALSH**. SA Henry told **WALSH** that he wanted to "pick his brain." **WALSH** asked SA Henry if he wanted to buy him lunch, to which SA Henry replied not right now. **WALSH** told SA Henry if he wanted to talk, **WALSH**'s time was worth something and it would cost SA Henry to speak with **WALSH**. SA Henry thanked **WALSH** for his time and walked away.

9. On March 15, 2021, at approximately 3:07 p.m. Eastern Time, **WALSH** called the FBI National Threat Operations Center ("NTOC") to both report, and acquire information regarding, an individual who claimed to be an FBI agent when he approached **WALSH** on LSU's main campus in Baton Rouge, Louisiana.

10. During this call to NTOC, **WALSH** provided his accurate first and last name, date of birth (XX/XX/1980), cellular telephone number (985-415-XXXX), and a zip code local to Baton Rouge, Louisiana. In addition, **WALSH** provided the following information regarding the referenced encounter from his perspective: **WALSH** was walking out of work when he was approached by someone claiming to be a federal agent. The man "flashed a badge," introduced

himself as "Dustin," referenced having talked to another government employee, told **WALSH** he was "not in trouble," and asked if he could "pick [**WALSH**'s] brain." When **WALSH** told the man that he could buy him lunch if he wanted to talk, "Dustin" declined and left on foot. **WALSH** expressed concern as to why he would be approached by the FBI and advised NTOC that he was "a patriot" and would "gladly talk" to the FBI "if there's a reason" that the FBI wants to talk to him.

11. During **WALSH**'s call to NTOC, he did not acknowledge his March 10, 2021, interaction with SA McCarthy and the other government employee.

12. On March 24, 2021, Complainant 1 (protected identity) contacted NTOC and advised that **WALSH** had sent Complainant 2 (protected identity) an email on March 24, 2021, at approximately 1:13 a.m. MDT. Complainant 1 advised NTOC of the nature of the relationship between **WALSH** and Complainants 1 and 2 and further advised that Complainants 1 and 2 reside outside the State of Louisiana. Complainant 1 further stated that **WALSH** often sent emails but described the referenced email communications as being "completely out of character" for **WALSH**. In addition to the primary email, on which Complainant 2 was an intended recipient, additional emails appeared in the same email chain. During this call, Complainant 1 quoted directly from the email communications, noted a reference by **WALSH** to the FBI having "the audacity to come after Matthew Walsh," and expressed concern that **WALSH** "was going to do something to the FBI." Complainant 1 provided NTOC with **WALSH**'s full name and email address (matthew.renato.walsh@[DOMAIN X]). Complainant 1 further advised that **WALSH** has a Ph.D. in Hydraulic Engineering and, as of the time of the call on March 24, 2021, was employed as a professor in Baton Rouge, Louisiana.

13. Continuing on March 24, 2021, the FBI subsequently obtained a copy of the email chain referenced in Complainant 1's call to NTOC. The primary email, of which Complainant 2 was one of approximately 51 recipients, was sent from matthew.renato.walsh@[DOMAIN X] and stated, in full:

SO YOU ALL KNOW
THE FBI INTIMIDATED ME
THEY THREATENED ME
I THREATEN THE BACK
I WILL CUT YOUR BALLS OFF AND FEED THEM TO THE FLOWERS AND SLIT YOUR BABY OUT OF YOUR PREGNANTS WIFE BELLY AND WATER THE FLOWERS WITH YOUR FAGGOT SON'S BLOOD
DO YOU HEAR ME FBI
I WILL FOREVER KILL YOU
YOU HAVE NO RIGHT TO DRAW BREATH FBI
COME AFTER ME ON A SIDEWALK
YOU COWARD TRAITOR
I WILL CUT YOUR BALLS OFF AND FEED IT TO THE FLOWERS
YOU LET DOMESTIC TERRORISTS GO ALL SUMMER
YOU CHEER FOR ANTIFI AND COMMUNIST BLM
AND YOU CRACK DOWN ON ONE SINGLE ILL-ADVISED EVENT ON THE CAPITOL
YOU SHOULD ALL TAKE A CHEESE GRATER TO YOUR FACE
[PERSON A] AND [PERSON B] IF YOU DONT SEE IT AFTER ALL THIS I DONT KNOW WHAT TO SAY
THE DEMOCRAT PARTY IS PURE EVIL
FOR EVER AND FOR ALWAYS
I AM DONE
I WONT GIVE YOU ANY MORE OF MY INSIGHT
GO FUCK YOURSELF

14. Another email, within the same chain, sent from matthew.renato.walsh@[DOMAIN X] on March 24, 2021, at approximately 1:45 a.m., states:

> YOU ARE WELCOME
> THANK ME WHEN YOU WANT
> IDIOTS STORMED THE CAPITOL
> THEY WERE TERRIBLE
> BUT FOR ALL SUMMER

15. Another email, within the same email chain, sent from matthew.renato.walsh@[DOMAIN X] on March 24, 2021, at approximately 2:04 a.m., states:

> DOMESTIC TERRORISTS ALL SUMMER
> THAT HAPPENED
> AND THE FBI HAS THE AUDACITY TO COME AFTER MATTHEW WALSH
> COME AFTER ME
> I WILL KILL YOUR FAMILY
> PUT IT IN WRITING
> MATTHEW RENATO WALSH
> INTIMIDATE ME
> SEE WHAT HAPPENS

16. In the course of the investigation, the FBI learned that the Internet service provider of DOMAIN X does not have data centers located in Louisiana or in the state of residency of Complainants 1 and 2. On March 24, 2021, Complainants 1 and 2 were on vacation in another city within their same state of residency. As such, the above-described email messages sent via DOMAIN X would necessarily be transmitted across state lines via a data center located in a state other than Louisiana and/or the state in which Complainants 1 and 2 reside and were physically located when Complainant 2 received the above-described email on March 24, 2021.

17. In the course of the investigation, the FBI obtained copies of additional emails, also sent from matthew.renato.walsh@[DOMAIN X], during the early morning hours on March 24, 2021. The primary email message contained in this email chain was sent on March 24, 2021, at approximately 2:10:42 MDT, and indicates several common recipients with the above-referenced email communications provided by Complainant 1. One email within this chain, sent on March 24, 2021, at approximately 2:24 a.m., states:

> THE FBI
> THEY THREATEN "WHITE SUPREMACISTS"
> THEY LET A WHOLE SUMMER OF BLM AND ANTIFA GO
> PICK YOUR BATTLE
> I WILL NOT BE INTIMIDATED
> WHOEVER CAME AFTER ME HAS A THROAT TO BE SLIT AND A BLOOD TO BE BLED ON A SIDEWALK
> PUT IT IN WRITING
> MATTHEW RENATO WALSH
> PUT IT ON THE CHEVRON SERVER CUNT
> FBI: YOU COME AFTER LOSERS WHO STORM THE CAPITOL LIKE ASSHOLES. GOOD FOR YOU. THOSE PPL NEED TO BE PUNISHED BUT YOU DO NOTHING ABOUT THE BLACK LIVES MATTER AND ANTIFI DOMMESTIC TERRORISTS WHO OVERRAN FEDERAL COURTHOUSES ND LOOTED AND BURNED ALL SUMMER
> SHAME ON YOU
> TAKE A CHEESE GRATER TO YOUR FACE
> ALSO [PERSON C] SUPPORTED BLACK LIVES MATTER
> HER IS A SUPPORTER OF DOMESTIC TERRORISM
> [PERSON C] SUPPORTS DOMESTIC TERRORISM

18. Another email, within the same email chain, sent from matthew.renato.walsh@[DOMAIN X], on March 24, 2021, at approximately 2:28 a.m., states:

> BUT I NEVER FUCKING SAID I WOULD KILL [PERSON D]
>
> SHOW ME PROOF SPOOK COWARD TRAITOR FBI?
>
> YOU FABRICATE WHITE SUPREMACY IN ATLANTA
>
> AND IGNORE MUSLIM BARBARISM IN BOULDER
>
> FUCK YOU
>
> COWARD TRAITOR FBI COMMUNIST SPOOK
>
> COME FOR MATT WALSH AND DIE

19. Another email, within the same email chain, sent from matthew.renato.walsh@[DOMAIN X], on March 24, 2021, at approximately 2:31 a.m., states:

> AN FBI MAN CAME AT ME
>
> SHOW ME WHEN I SAID ANYTHING WORTHY OF THAT
>
> I WILL BEG FOR APOLOGY ON ME KNEES
>
> I REALLY WILL
>
> YOU COWARD TRAITORS
>
> GO SOLVE A CRIME YOU FUCKING LOSERS

20. Another email, within the same email chain, sent from matthew.renato.walsh@[DOMAIN X], on March 24, 2021, at approximately 2:41 a.m., states:

> I KNEEL BEFORE NO MAN
>
> CAME AT MATT WALSH ON THE SIDEWALK SPOOK COMMIE
>
> YOU FUCKING CLOWN
>
> I WILL SLIT YOUR THROAT AND WATCH YOU BLEED OUT
>
> THAT IS A PROMISE

21. Based on the above information, I believe that there is probable cause to believe that **WALSH** did transmit in interstate commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Briana Zuroske, Special Agent
Federal Bureau of Investigation

Digitally signed by Briana Zuroske
Date: 2021.04.01 12:14:03 -05'00'

Affidavit submitted by email/.pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 4(d) on the  1st  day of day of April, 2021, at Baton Rouge, Louisiana.

_____
HONORABLE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE