UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

| UNITED STATES OF AMERICA | | Criminal Action 21-23-JWD-RLB | |
|---|---|---|---|
| -vs- | | | |
| MATTHEW WALSH | | AUSA: Caroline Gardner<br>Deft. Atty.: Lance Unglesby | |
| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | April 28, 2021 |
| DEPUTY CLERK: | Samantha O'Neill | REPORTER/COURTROOM: | ZoomGov |
| INTERPRETER: | | PRETRIAL/PROBATION: | Danielle Stevens |

**CLERK'S MINUTES**
**INITIAL APPEARANCE AND ARRAIGNMENT**

Lance Unglesby made an appearance on behalf of the defendant.

The defendant confirmed that he consulted with counsel prior to the hearing and is aware that he has the right to be present in court for this proceeding. The defendant informed the Court that he consented to conducting this proceeding via video teleconferencing pursuant to the CARES Act recently passed by Congress in response to the COVID-19 pandemic. Counsel for the defendant advised he consented to the hearing proceeding remotely.

Counsel for the government did not object to proceeding with the hearing remotely.

The defendant was sworn, advised of his rights, including his right to counsel, and the purpose of the proceeding.

The Court noted that counsel has been retained in this matter.

The defendant was informed of the charge pending against him in the Indictment.

The Court noted for the record that an Order of Detention has been entered based on the stipulation of the defendant. Counsel for government indicates that its position

C;Cr1: T:00:10
C;Cr23: T:00:15

regarding detention has not changed due to the filing of the Indictment. Counsel for the defendant indicated the defendant currently maintains the stipulation to detention.

The defendant agreed to go forward with the arraignment this date.

The defendant was informed of the charges pending against him and the maximum possible penalties.

The defendant entered a plea of NOT GUILTY to the single count Indictment.

The court accepted the defendant's plea of NOT GUILTY and will issue a scheduling order.

The court advised counsel that the pretrial conference is scheduled for June 10, 2021 at 1:00 p.m. by video before United States District Judge John W. deGravelles, and the trial is scheduled for June 21, 2021 at 9:30 a.m. in Courtroom One.

The parties were reminded of the requirements under the Due Process Protections Act which were covered in a prior proceeding.

The defendant is remanded to the custody of the U.S. Marshal pending further proceedings.

C;Cr1: T:00:10
C;Cr23: T:00:15